

# In the Missouri Court of Appeals
# Eastern District

DECEMBER 29, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1. ED102394 IN THE INTEREST OF: A.B.M.

2. ED102623 IN MATTER OF CARE & TREATMENT OF: JAMES MCCREARY